### BRAUNSTEIN AND TODISCO, P.C. *v.* BERNARD BOSSOM ET AL.

The defendant Bernard Bossom's petition for certification for appeal from the Appellate Court, 39 Conn. App. 905 (AC 13268), is denied.

*David M. Reilly*, in support of the petition.

*Howard K. Levine*, in opposition.

Decided December 21, 1995

---

### ADELE M. COOKE *v.* BOARD OF EDUCATION OF THE CITY OF NORWALK ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 39 Conn. App. 908 (AC 13760), is denied.

*Edward J. Cooke, Jr.*, in support of the petition.

*Thomas N. Sullivan*, in opposition.

Decided December 21, 1995